IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOLI SYARIEF PULUNGAN,

    Plaintiff,

v.

BARBARA B. CRABB,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-634-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice or costs.

_By: [signature] Lynne Kandl, Deputy Clerk_
Peter Oppeneer, Clerk of Court

1-13-11
Date